TIMOTHY J. GORRY (SBN 143797)
CHRISTOPHER T. WILLIAMS (SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067

Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Plaintiff and Counter-defendant
Teoco Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOCO CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>RAZORSIGHT CORPORATION, SUNDEEP SANGHAVI, and SHITAL SANGHAVI,<br><br>            Defendants. | Case No. CV 08 80032 Misc  JSW<br><br>**PROOFS OF SERVICE**<br><br>(USDC Eastern District of Virginia Case No. 1:07cv887 CMH/BRP) |
| RAZORSIGHT CORPORATION,<br><br>            Counter-claimant,<br><br>    vs.<br><br>TEOCO CORPORATION, and ATUL JAIN,<br><br>            Counter-defendants. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in ElHadj M Diallo. I am over the age of 18 and not a party to the within action; my business address is 701 S. Clark St Arlington VA.

On March 11, 2008, I served a copy of the following documents described as

(1) **DECLARATION OF JULIE A. PETRUZZELLI TO OPEN MISCELLANEOUS CASE;**

(2) **NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT;**

(3) **DECLARATION OF JULIE A. PETRUZZELLI IN SUPPORT OF TEOCO CORPORATION'S MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT;** and

(4) **[PROPOSED] ORDER,** on the interested parties in this action addressed as follows:

*Counsel for Sierra Ventures*

Michael J. Klisch, Esq.
Cooley Godward Kronish LLP
777 6th Street N.W., Suite 1100
Washington, DC 20001

*Counsel for Defendant Razorsight, Corp.*

Megan Starace Ben'Ary
LeClairRyan, a Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

*Counsel for Shital Sanghavi and Sundeep Sanghavi*

Kathleen J.L. Holmes
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, VA 22102

[X]   **BY PERSONAL SERVICE** (CCP §1011): I delivered such envelope(s) by hand to the addressee(s) as stated above.

Executed on March 11, 2008, at Los Angeles, California.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

ElHadj M Diallo                    ELH Diallo
*Print name*                         *Signature*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

LA: 206031/42749-250128

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in ElHadj Diallo I am over the age of 18 and not a party to the within action; my business address is 701 S. Clark St Arlington VA.

On March 11, 2008, I served a copy of the following documents described as

(1) DECLARATION OF JULIE A. PETRUZZELLI TO OPEN MISCELLANEOUS CASE;

(2) NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT;

(3) DECLARATION OF JULIE A. PETRUZZELLI IN SUPPORT OF TEOCO CORPORATION'S MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT; and

(4) [PROPOSED] ORDER, on the interested parties in this action addressed as follows:

*Counsel for Sierra Ventures*

Michael J. Klisch, Esq.
Cooley Godward Kronish LLP
777 6th Street N.W., Suite 1100
Washington, DC 20001

*Counsel for Defendant Razorsight, Corp.*

Megan Starace Ben'Ary
LeClairRyan, a Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

*Counsel for Shital Sanghavi and Sundeep Sanghavi*

Kathleen J.L. Holmes
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, VA 22102

[X] **BY PERSONAL SERVICE** (CCP §1011): I delivered such envelope(s) by hand to the addressee(s) as stated above.

Executed on March 11, 2008, at Los Angeles, California.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

ElHadj M Diallo                               ELH Diallo
_____                       _____
Print name                                    Signature

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

LA: 206031/42749-250128

PROOF OF SERVICE

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in _Deluxe Co_. I am over the age of 18 and not a party to the within action; my business address is _4620-1st SE Wash, DC 20032_.

On March 11, 2008, I served a copy of the following documents described as

(1) DECLARATION OF JULIE A. PETRUZZELLI TO OPEN MISCELLANEOUS CASE;

(2) NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT;

(3) DECLARATION OF JULIE A. PETRUZZELLI IN SUPPORT OF TEOCO CORPORATION'S MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT; and

(4) [PROPOSED] ORDER, on the interested parties in this action addressed as follows:

*Counsel for Sierra Ventures*

Michael J. Klisch, Esq.
Cooley Godward Kronish LLP
777 6th Street N.W., Suite 1100
Washington, DC 20001

*Counsel for Defendant Razorsight, Corp.*

Megan Starace Ben'Ary
LeClairRyan, a Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

*Counsel for Shital Sanghavi and Sundeep Sanghavi*

Kathleen J.L. Holmes
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, VA 22102

[X]  BY PERSONAL SERVICE (CCP §1011): I delivered such envelope(s) by hand to the addressee(s) as stated above.

Executed on March 11, 2008, at Los Angeles, California.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_Arthur Washington_          _[signature]_
Print name                    Signature

LA: 206031/42749-250128

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in _Venable LLP_. I am over the age of 18 and not a party to the within action; my business address is _575 7th Street N.W. Washington DC 20004_.

On March 11, 2008, I served a copy of the following documents described as

(1) **DECLARATION OF JULIE A. PETRUZZELLI TO OPEN MISCELLANEOUS CASE;**

(2) **NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT;**

(3) **DECLARATION OF JULIE A. PETRUZZELLI IN SUPPORT OF TEOCO CORPORATION'S MOTION TO TRANSFER JURISDICTION OVER DISCOVERY DISPUTE TO PENDING ACTION OUTSIDE DISTRICT; and**

(4) **[PROPOSED] ORDER**, on the interested parties in this action addressed as follows:

*Counsel for Defendant Razorsight, Corp.*

Dana J. Finberg
LeClairRyan, a Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Post Office Box 2499
Richmond, VA 23218-2499

[X]   BY MAIL (CCP §1013(a)&(b)): I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

Executed on March 11, 2008, at Los Angeles, California.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_Virginia Smith_
Print name

_Virginia Smith_
Signature

LA: 206031/42749-250128

PROOF OF SERVICE