# VENABLE® LLP

2049 Century Park East  
Suite 2100  
Los Angeles, California 90067

Telephone 310-229-9900  
Facsimile 310-229-9901

www.venable.com

Christopher T. Williams     310 229-9900     ctwilliams@venable.com

File No. 42749-250128

March 26, 2008

**VIA E-FILING**

Clerk for the Honorable Jeffrey S. White  
450 Golden Gate Avenue, Dept. 2  
San Francisco, California 94102-3483

    Re:     ***Teoco Corporation v. Razorsight Corporation***  
             USDC Case No. C: 08-80032-MISC JSW

Dear Clerk of the Court:

    Having unsuccessfully attempted to resolve informally its current discovery dispute with third-party Sierra Ventures, Teoco Corporation intends to move to compel Sierra Ventures to produce documents and a privilege log in response to Teoco's outstanding subpoena duces tecum.

    Per the Court's Order Denying Motion for Administrative Relief, Judge White ordered that, if a discovery dispute arises and Teoco files a motion to compel, the matter will be assigned to a magistrate judge for resolution.

    This third-party discovery is needed for the matter TEOCO Corp. v. Razorsight Corp. (Case No. 1:07cv887 CMH/BRP) pending in the U.S. District Court for the Eastern District of Virginia. The case is set for a final pretrial conference on April 17, 2008, and trial will be scheduled to begin four to eight weeks thereafter.

    Accordingly, Teoco respectfully requests that the Court assign this matter to a magistrate judge as soon as practicable so that Teoco can promptly file its proposed motion to compel.

                                    Sincerely,

                                    Christopher T. Williams

CTW:jjm

LA: 207121

## SERVICE LIST

*Counsel for Sierra Ventures VII LP, Sierra Ventures VIII LP-A and Sierra Ventures VIII LP-B*

Cooley Godward Kronish
Michael J. Klisch, Esq.
Joshua O. Mates, Esq.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155

Cooley Godward Kronish
Michael J. Klisch, Esq.
777 6th Street NW, Suite 1100
Washington, DC  20001

*Counsel for Defendants Sundeep Sanghavi and Shital Sanghavi*

Kathleen J.L. Holmes, Esq.
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA  22102

Edward M. Eakin, III, Esq.
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320

*Counsel for Plaintiff and Counterclaim Defendant TEOCO Corporation and Third-Party Defendant Atul Jain*

Michael W. Robinson, Esq.
William D. Dolan, III, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182

Julia A. Petruzzelli, Esq.
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601

*Counsel for Defendant and Counterclaim-Plaintiff Razorsight Corp.*

Dana J. Finberg
LECLAIRRYAN, a Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA  23218-2499

LA: 207121