

Joshua O. Mates  
(650) 843-5084  
jmates@cooley.com

VIA E-FILING

March 27, 2008

Clerk for the Honorable Jeffrey S. White  
U.S. District Court  
450 Golden Gate Avenue, Dept. 2  
San Francisco, CA 94102

RE: Teoco Corporation v. Razorsight Corporation  
    USDC Case No. CV 08-80032-MISC JSW

Dear Clerk of the Court:

We received a copy of the letter from Teoco Corporation to this Court, dated March 26, 2008, requesting that the Court assign a Magistrate Judge to resolve its anticipated motion to compel third party Sierra Ventures to produce documents.

In this Court's Order denying Teoco's Motion for Administrative Relief to transfer an anticipated dispute to the Eastern District of Virginia, this Court stated: "In the event a dispute does arise, ***and Teoco files a motion to compel***, the parties are advised that this matter shall be referred to a randomly assigned Magistrate Judge for resolution of any such dispute." (March 17, 2008 Order (emphasis added).)

Teoco has not yet filed a motion to compel. Therefore, at this time, assignment to a Magistrate Judge is premature. Sierra Ventures thus respectfully requests that this Court deny Teoco's request.

Thank you for your consideration.

Sincerely,

Cooley Godward Kronish LLP

/s/

Joshua O. Mates

770672 v1/PA

## Service List

**Counsel for Plaintiff/Counterclaim Defendant
Teoco Corporation:**

Timothy J. Gorry
Christopher T. Williams
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067

**Counsel for Defendants Sundeep Sanghavi and
Shital Sanghavi:**

| | |
|---|---|
| Kathleen J.L. Holmes | Edward M. Eakin |
| Williams Mullen | Williams Mullin |
| 8270 Greensboro Drive, Suite 700 | P.O. Box 1320 |
| McLean, VA  22102 | Richmond, VA  23218 |

**Counsel for Defendant and
Counterclaim Plaintiff Razorsight Corp.:**

Dana J. Finberg
LeClairRyan
951 East Byrd St.
P.O. Box 2499
Richmond, VA  23218

770673 v1/PA