TIMOTHY J. GORRY (SBN 143797)
CHRISTOPHER T. WILLIAMS (SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067

Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: tjgorry@venable.com
         ctwilliams@venable.com

Attorneys for Plaintiff and Counter-defendant
TEOCO Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOCO CORPORATION,<br><br>                Plaintiff,<br><br>   vs.<br><br>RAZORSIGHT CORPORATION, SUNDEEP SANGHAVI, and SHITAL SANGHAVI,<br><br>                Defendants.<br><br>RAZORSIGHT CORPORATION,<br><br>                Counter-claimant,<br><br>   vs.<br><br>TEOCO CORPORATION, and ATUL JAIN,<br><br>                Counter-defendants. | Case No. CV 08 80032 MISC JSW<br><br>**AMENDED PROOF OF SERVICE TO NOTICE OF MOTION AND MOTION OF PLAINTIFF TEOCO CORPORATION TO COMPEL SIERRA VENTURES TO PRODUCE DOCUMENTS AND A PRIVILEGE LOG IN RESPONSE TO SUBPOENA DUCES TECUM**<br><br>(Pending Action in USDC Eastern District of Virginia Case No. 1:07CV887 CMH/BRP)<br><br>[Supporting Declaration of Damon W.D. Wright and [Proposed] Order Filed Concurrently Herewith] |

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable, LLP, 2049 Century Park East, Suite 2100, Los Angeles, California.

    On April 1, 2008, I served a copy of the foregoing document described as **AMENDED PROOF OF SERVICE TO NOTICE OF MOTION AND MOTION OF PLAINTIFF TEOCO CORPORATION TO COMPEL SIERRA VENTURES TO PRODUCE DOCUMENTS AND A PRIVILEGE LOG IN RESPONSE TO SUBPOENA DUCES TECUM** on the interested parties in this action addressed as follows:

*See Attached Service List*

☒   **BY MAIL** (CCP §1013(a)&(b)): I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

☐   **BY PERSONAL SERVICE** (CCP §1011): I delivered such envelope(s) by hand to the addressee(s) as stated above.

☐   **BY OVERNIGHT DELIVERY** (CCP §1013(c)&(d)): I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business.

☐   **BY FACSIMILE** CCP §1013(e) and (f) and CRC Rule 2008: I served the above stated document by facsimile from the facsimile machine of Venable, LLP whose phone number is (310) 229-9901.

☐   **BY ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed herein. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 1, 2008, at Los Angeles, California.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                         /s/ Barbara Washington
                                              *Signature*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

Case No. CV 08 80032 MISC JSW
LA: 207435/42749-250128

AMENDED PROOF OF SERVICE MOTION TO OMPEL SIERRA VENTURES TO PRODUCE DOCUMENTS

**Service List**
Case No. CV 08 80032 MISC JSW
*Teoco Corp. v. Razorsight, et al.*

*Counsel for Sierra Ventures VII LP, Sierra Ventures VIII LP-A and Sierra Ventures VIII LP-B*

Cooley Godward Kronish
Michael J. Klisch, Esq.
Joshua O. Mates, Esq.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Cooley Godward Kronish
Michael J. Klisch, Esq.
777 6th Street NW, Suite 1100
Washington, DC 20001

**Notice will not be electronically mailed to:**

*Counsel for Defendants Sundeep Sanghavi and Shital Sanghavi*

Kathleen J.L. Holmes, Esq.
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102

Edward M. Eakin, III, Esq.
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320

*Counsel for Plaintiff and Counterclaim Defendant TEOCO Corporation and Third-Party Defendant Atul Jain*

Michael W. Robinson, Esq.
William D. Dolan, III, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Julia A. Petruzzelli, Esq.
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601

*Counsel for Defendant and Counterclaim-Plaintiff Razorsight Corp.*

Dana J. Finberg
LECLAIRRYAN, a Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

2

Case No. CV 08 80032 MISC JSW
LA: 207435/42749-250128

AMENDED PROOF OF SERVICE MOTION TO OMPEL SIERRA VENTURES TO PRODUCE DOCUMENTS