IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOCO CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>RAZORSIGHT CORPORATION, SUNDEEP SANGHAVI, and SHITAL SHANGHAVI<br><br>    Defendants,<br>_____/<br>RAZORSIGHT CORPORATION,<br><br>    Counter-claimant,<br><br>  v.<br><br>TEOCO CORPORATION, and ATUL JAIN,<br><br>    Counter-defendants<br>_____/ | No. C 08-80032-MISC JSW<br><br>(Pending Action in USDC Eastern District of Virginia No. 1:07cv887 CMH/BRP)<br><br><br><br>**ORDER OF REFERRAL** |

Pursuant to Northern District Local Rule 72-1, and this Court's Order dated March 17, 2008, the motion to compel filed by Teoco Corporation is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED.**

Dated: April 2, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom