**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOCO CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RAZORSIGHT CORPORATION, et al.,<br><br>    Defendants.<br>_____/<br>RAZORSIGHT CORPORATION,<br><br>    Counter-Claimant,<br><br>    v.<br><br>TEOCO CORPORATION, et al.,<br><br>    Counter-Defendants..<br>_____/ | No. C08-80032-MISC JSW (EMC)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on PLAINTIFF AND COUNTER-DEFENDANT TEOCO'S MOTION TO COMPEL SIERRA VENTURES TO PRODUCT DOCUMENTS, ETC. is set for **May 7, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said Motion shall be filed on or before April 16, 2008.  Reply shall be filed on or before April 23, 2008.

Dated: April 3, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____[signature: Betty Fong]_____
    Betty Fong
    Courtroom Deputy