COOLEY GODWARD KRONISH LLP
JAMES DONATO (146140) (jdonato@cooley.com)
JOSHUA O. MATES (221068) (jmates@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Of Counsel:
COOLEY GODWARD KRONISH LLP
MICHAEL J. KLISCH (VA 32074) (mklisch@cooley.com)
777 6th Street, NW, Suite 1100
Washington, DC  20001
Telephone:    (202) 842-7800
Facsimile:     (202) 842-7899

Attorneys for Subpoenaed Non-Parties
SIERRA VENTURES VII LP, SIERRA VENTURES
VIII LP-A and SIERRA VENTURES VIII LP-B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOCO CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>RAZORSIGHT CORPORATION, SUNDEEP SANGHAVI and SHITAL SANGHAVI,<br><br>           Defendants. | Case No. CV 08 80032 MISC JSW (EMC)<br><br>**[PROPOSED] ORDER DENYING TEOCO'S MOTION TO COMPEL SIERRA VENTURES TO RESPOND TO SUBPOENAS**<br><br>(Pending Action in USDC Eastern District of Virginia Case No. 1:07cv887 CMH/BRP) |
| RAZORSIGHT CORPORATION,<br><br>           Counterclaimant,<br><br>      v.<br><br>TEOCO CORPORATION and ATUL JAIN,<br><br>           Counterdefendants. | Hearing Date:  May 7, 2008<br>Time:                2:30 p.m.<br>Location:         Courtroom C, 15th Floor |

//

//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771872 v1/PA   1.   [PROPOSED] ORDER DENYING TEOCO'S MOTION TO COMPEL
(CASE NO. CV 08 80032 MISC JSW (EMC))

1   Before this Court is the Motion of Plaintiff TEOCO Corporation to Compel Sierra
2   Ventures to Produce Documents and a Privilege Log in Response to Subpoena Duces Tecum, the
3   Opposition thereto of Sierra Ventures VII LP, Sierra Ventures VIII LP-A and Sierra Ventures
4   VIII LP-B, and the Reply thereto. The motion came on regularly for hearing on May 7, 2008, at
5   2:30 p.m., in Courtroom C. All parties appeared by counsel.
6   Having considered the submissions and argument by counsel, along with the pleadings on
7   file in this matter, and good cause appearing therefor:
8   **IT IS HEREBY ORDERED THAT** TEOCO Corporation's motion to compel is denied.
9   Dated: _____, 2008

_____
Hon. Edward M. Chen
United States Magistrate Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771872 v1/PA

2.

**[PROPOSED] ORDER DENYING TEOCO'S
MOTION TO COMPEL
(CASE NO. CV 08 80032 MISC JSW (EMC))**