1   COOLEY GODWARD KRONISH LLP
    JAMES DONATO (146140) (jdonato@cooley.com)
2   JOSHUA O. MATES (221068) (jmates@cooley.com)
    Five Palo Alto Square
3   3000 El Camino Real
    Palo Alto, CA  94306-2155
4   Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400
5
    Of Counsel:
6   COOLEY GODWARD KRONISH LLP
    MICHAEL J. KLISCH (VA 32074) (mklisch@cooley.com)
7   777 6th Street, NW, Suite 1100
    Washington, DC  20001
8   Telephone:    (202) 842-7800
    Facsimile:    (202) 842-7899
9
    Attorneys for Subpoenaed Non-Parties
10  SIERRA VENTURES VII LP, SIERRA VENTURES
    VIII LP-A and SIERRA VENTURES VIII LP-B
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  TEOCO CORPORATION,                    Case No. CV 08 80032 MISC JSW (EMC)

16             Plaintiff,                 **PROOF OF SERVICE (FRCP 5)**

17        v.                              (Pending Action in USDC Eastern District
                                          of Virginia Case No. 1:07cv887
18  RAZORSIGHT CORPORATION,               CMH/BRP)
    SUNDEEP SANGHAVI and SHITAL
19  SANGHAVI,

20             Defendants.

21  RAZORSIGHT CORPORATION,               Hearing Date:    May 7, 2008
                                          Time:            2:30 p.m.
22             Counterclaimant,           Location:        Courtroom C, 15th Floor

23        v.

24  TEOCO CORPORATION and ATUL JAIN,

25             Counterdefendants.

26

27  //

28  //

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

772045 v1/PA                        1.           **PROOF OF SERVICE
                                                 (CASE NO. CV 08 80032 MISC JSW (EMC))**

I am a citizen of the United States and a resident of the State of California.  I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California  94306-2155.  On the date set forth below I served the documents described below in the manner described below:

1.  Sierra Ventures' Brief in Opposition to TEOCO's Motion to Compel Sierra Ventures to Produce Documents and a Privilege Log in Response to Subpoena Duces Tecum;

2.  Declaration of Michael J. Klisch in Support of Opposition to TEOCO's Motion to Compel Sierra Ventures to Comply with Subpoenas; and

3.  (Proposed) Order.

☒   (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐   (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐   (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐   (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☐   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the parties in this action listed on the attached Service List.

Executed on April 16, 2008, at Palo Alto, California.

_____/s/_____
Donna Murbach

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

772045 v1/PA                                    2.                        PROOF OF SERVICE
(CASE NO. CV 08 80032 MISC JSW (EMC))

1

## Service List

2   **Counsel for Plaintiff/Counterclaim Defendant**
    **Teoco Corporation:**

3

    Timothy J. Gorry
4   Venable LLP
    2049 Century Park East, Suite 2100
5   Los Angeles, CA  90067

6   Michael W. Robinson
    William D. Dolan
7   Venable LLP
    8010 Towers Crescent Drive, Suite 300
8   Vienna, VA  22182

9   Julia A. Petruzelli
    Venable, LLP
10  575 7th St., NW
    Washington, DC  20004

11

12  **Counsel for Defendants Sundeep Sanghavi and**
    **Shital Sanghavi:**

13  Kathleen J.L. Holmes
    Williams Mullen
14  8270 Greensboro Drive, Suite 700
    McLean, VA  22102

15

16  Edward M. Eakin
    Williams Mullin
    P.O. Box 1320
17  Richmond, VA  23218

18  **Counsel for Defendant and**
    **Counterclaim Plaintiff Razorsight Corp.:**

19

    Dana J. Finberg
20  LeClairRyan
    951 East Byrd St.
21  P.O. Box 2499
    Richmond, VA  23218
22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

772045 v1/PA                3.                **PROOF OF SERVICE**
                                    **(CASE NO. CV 08 80032 MISC JSW (EMC))**