TIMOTHY J. GORRY (SBN 143797)
CHRISTOPHER T. WILLIAMS (SBN 171907)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067

Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Plaintiff and Counter-defendant
Teoco Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOCO CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RAZORSIGHT CORPORATION, SUNDEEP SANGHAVI, and SHITAL SANGHAVI,<br><br>　　　　　　　　Defendants. | Case No. C08-80032-MISC JSW (EMC)<br>(USDC Eastern District of Virginia<br>Case No. 1:07cv887 CMH/BRP)<br><br>REQUEST FOR DISMISSAL |
| RAZORSIGHT CORPORATION,<br><br>　　　　　　　　Counter-claimant,<br><br>　　vs.<br><br>TEOCO CORPORATION, and ATUL JAIN,<br><br>　　　　　　　　Counter-defendants. | |

REQUEST FOR DISMISSAL

LA: 209049/42749-250128

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant TEOCO CORPORATION, hereby requests that the entire Miscellaneous action be dismissed with prejudice.

Dated:  April 23, 2008

TIMOTHY J. GORRY
CHRISTOPHER T. WILLIAMS
VENABLE LLP

By: _____/s/ Christopher T. Williams_____
       Christopher T. Williams
Attorneys for Plaintiff and Counter-defendant
Teoco Corporation

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

2
REQUEST FOR DISMISSAL
LA: 209049/42749-250128